Commonwealth *v.* Rodriguez, Appellant.

Submitted September 13, 1968.
*Theodore S. Danforth,* Public Defender, for appellant; *Theodore A. Parker,* First Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth, Appellant, *v.* Rouse.

Argued September 9, 1968. *James D. Crawford,* Assistant District Attorney, with him *Roger F. Cox,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *Ronald Ervais,* for appellee.

Order affirmed.

WRIGHT, P. J., JACOBS and HANNUM, JJ., dissented.

Commonwealth *v.* Smith, Appellant.

Submitted September 13, 1968. *Mervyn R. Turk,* Assistant Defender, for appellant; *Ralph B. D'Iorio* and *Vram S. Nedurian,* Assistant District Attorneys, *William R. Toal, Jr.,* First Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.